# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF GEORGIA
## BRUNSWICK DIVISION

| | | |
|---|---|---|
| In the matter of: | ) | |
| TATE, KIPP LESHONE and | ) | CHAPTER 7 |
| TATE, CAROLYN, | ) | CASE NO. 12-20238-JSD |
| Debtor(s), | ) | |

| | |
|---|---|
| | ) |
| R. MICHAEL SOUTHER, | ) |
|    Movant, | ) |
| | ) |
| vs. | ) |
| | ) |
| CAROLYN DAVIS TATE, | ) |
|    Respondent. | ) |

### ORDER ON TRUSTEE'S MOTION TO COMPEL DEBTOR CAROLYN DAVIS TATE TO TURNOVER PROPERTY OF THE BANKRUPTCY ESTATE

**TRUSTEE'S MOTION TO COMPEL DEBTOR CAROLYN DAVIS TATE TO TURNOVER PROPERTY OF THE BANKRUPTCY ESTATE** having been considered after notice and opportunity for a hearing; and, after considering the evidence presented,

**IT IS HEREBY ORDERED** that the Trustee's Motion to Compel Carolyn Davis Tate to Turnover Property of the Bankruptcy Estate is hereby granted; that Carolyn Davis Tate is hereby **ORDERED** to immediately turnover to the Trustee all funds received pursuant to the arbitration award in Debtor Kipp Tate's favor against the D.C. Metropolitan Police Department, less any claimed exemption; to provide Trustee with an accounting as to all funds received pursuant to such award, including but not limited to, disbursement from such funds; and, to provide copies of any and all bank statements into which any portion of the arbitration proceeds have been, or currently are, on deposit.

This _____ day of _____, 2014.

                                                                                 JOHN S. DALIS, Judge
                                                                                 United States Bankruptcy Court

Prepared by:
R. Michael Souther
P.O. Box 978
Brunswick, GA 31521
(912) 265-5544
Georgia State Bar No. 668325